UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KANURI SURGURY QAWI,   No. C 09-2918 SI (pr)

    Petitioner,   **JUDGMENT**

    v.

GREG AHERN, Sheriff,

    Respondent.
                                   /

The petition is dismissed with prejudice because it is frivolous and malicious.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 26, 2010   _____
                                                 SUSAN ILLSTON
                                         United States District Judge